IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLOR LUTHER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORFOLK SOUTHERN RAILWAY CO., )<br>)<br>Defendant. ) | Civil Action No. 3:19-cv-138<br>Judge Stephanie L. Haines |

**ORDER OF COURT**

AND NOW, this 1st day of November 2019, pursuant to the initial Rule 16 case management conference held this day, IT IS HEREBY ORDERED that the parties shall file a Stipulation Selecting ADR Process by **November 8, 2019**.

IT FURTHER IS ORDERED that the parties shall file an amended proposed initial scheduling order with new proposed deadlines by **November 8, 2019**.

.

*/s/ Stephanie L. Haines*
Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record